B 6B (Official Form 6B) (12/07)

In re  VICKY RODRIGUEZ-TORRES _____ ,    Case No.  09-10864-7 _____

Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | N/A | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | N/A | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | N/A | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | - | HOUSEHOLD GOODS, APPAREL, BOOKS | J | 10,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | N/A | - | 0.00 |
| 6. Wearing apparel. | X | N/A | - | 0.00 |
| 7. Furs and jewelry. | | PERSONAL JEWELRY KEPT AT HOME | W | 8,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | N/A | - | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | N/A | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | N/A | - | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | N/A | - | 0.00 |

B 6B (Official Form 6B) (12/07) – Cont.

In re **VICKY RODRIGUEZ-TORRES** ,    Case No. __09-10864-7__
_____Debtor_____                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ELA EMPLOYEE RETIREMENT FUND (NET OF OUTSTANDING LOANS) | W | 33,567.19 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | N/A | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | N/A | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | N/A | - | 0.00 |
| 16. Accounts receivable. | X | N/A | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | N/A | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | N/A | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | N/A | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | N/A | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | EMPLOYMENT DISCRIMINATION CLAIM - VALUED AT DEFENDANT'S LAST SETTLEMENT OFFER (09-CV-01151-JP RODRIGUEZ V. GDB) | W | 30,000.00 |

In re   VICKY RODRIGUEZ-TORRES _____ ,   Case No.   09-10864-7 _____
  _____Debtor_____                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | N/A | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | N/A | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | N/A | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto - Toyota Camry 2007 | W | 13,000.00 |
| 26. Boats, motors, and accessories. | X | N/A | - | 0.00 |
| 27. Aircraft and accessories. | X | N/A | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | X | N/A | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | N/A | - | 0.00 |
| 30. Inventory. | X | N/A | - | 0.00 |
| 31. Animals. | X | N/A | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | N/A | - | 0.00 |
| 33. Farming equipment and implements. | X | N/A | - | 0.00 |
| 34. Farm supplies, chemicals, and feed. | X | N/A | - | 0.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | X | N/A | - | 0.00 |

_____0____ continuation sheets attached     Total▶     $     94,567.19

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)