B 6F (Official Form 6F) (12/07)

In re  VICKY RODRIGUEZ-TORRES ,  Case No. 09-10864-7
                    Debtor                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 41056 <br><br> SEARS CREDIT CARDS <br> 133200 SMITH RD <br> CLEVELAND OH 44130 | - | - | 6/2008 | - | - | - | 6,569.38 |
| ACCOUNT NO. 10073867136 <br><br> FIRST BANK AUTO <br> 876 MUNOZ RIVERA AVE <br> SAN JUAN PR 00926 | - | - | 5/2006 | - | - | - | 13,004.58 |
| ACCOUNT NO. 7072 <br><br> AMERICAN EXPRESS <br> PO BOX 981537 <br> EL PASO TX 79998-1537 | - | - | 1/2004 - 10/2009 | - | - | - | 3,867.75 |
| ACCOUNT NO. 6032593011 <br><br> CITI FINANCIAL <br> 14415 S 50TH STREET <br> PHOENIX AZ 85044 | - | - | 9/2007 - 10/2009 | - | - | - | 1,246.61 |

                                                                                        Subtotal➤ $ 24,688.32

__2__ continuation sheets attached

                                Total➤ $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  VICKY RODRIGUEZ-TORRES         ,          Case No.  09-10864-7
                 **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 407154004205<br><br>PENTAGON FEDERAL<br>PO BOX 1432<br>ALEXANDRIA VA 22313-143 | - | - | 3/2004 - 10/2009 | - | - | - | 20,773.66 |
| ACCOUNT NO. 9088656817100<br><br>SALLIE MAE 1002 ARTHUR DR LYNN HAVEN FL 32444-1683 | - | - | 8/2002 | - | - | - | 19,160.43 |
| ACCOUNT NO. 422167528<br><br>MACYS<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | - | - | 10/2000 - 10/2009 | - | - | - | 32,769.14 |
| ACCOUNT NO. 37793129060<br><br>BANCO DE SANTANDER<br>PO BOX 2589<br>SAN JUAN PR 00936-2589 | - | - | 11/2008 - 10/2009 | - | - | - | 17,842.02 |
| ACCOUNT NO. 1605<br><br>FIA CARD SERVICES<br>4060 OGLETOWN STANTON RD | - | - | 9/2004 | - | - | - | 15,113.48 |

Sheet no. __1__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 105,658.73

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  VICKY RODRIGUEZ-TORRES ,  Case No. 09-10864-7
  **Debtor** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N/A <br> GDB PO BOX 42001 SAN JUAN PR 00940-2001 | - | - | 9/2009 | - | - | - | 1,025.11 |
| ACCOUNT NO. 1343 <br> ATT MOBILITY PO BOX 15067 SAN JUAN PR 00902-8567 | - | - | 11/2009 | - | - | - | 313.53 |
| ACCOUNT NO. 9704 <br> NEWPORT NEWS PO BOX 659705 SAN ANTONIO TX 78265-9705 | - | - | 9/2009 | - | - | - | 79.89 |
| ACCOUNT NO. 1103 <br> TRS RECOVERY DEPARTMENT PO BOX 4857 HOUSTON TX 77210- | - | - | 10/2009 | - | - | - | 324.92 |
| ACCOUNT NO. N/A <br> N/A | - | - | N/A | - | - | - | 0.00 |

Sheet no. 2 of 2 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 1,743.45

Total➤ $ 132,090.50
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)