**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| *In re:*<br><br>**VICKY RODRIGUEZ TORRES**<br><br><br>*xxx–xx–6682*<br><br>Debtor(s) | Case No. 09–10864–BKT7 BKT<br><br>Chapter 7<br><br><br><br>FILED & ENTERED ON<br>*5/21/10* |

## NOTICE

    You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

    You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

    Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

    San Juan, Puerto Rico, this *May 21, 2010*

                                                     */s/ CELESTINO MATTA–MENDEZ*
                                                     Clerk of the Court

cc: all creditors                                         By:
                                                          Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: lopezad                Page 1 of 1              Date Rcvd: May 21, 2010
Case: 09-10864                 Form ID: n5009               Total Noticed: 24

The following entities were noticed by first class mail on May 23, 2010.
db          +VICKY RODRIGUEZ TORRES,    650 SERGIO CUEVAS APT 1911,    SAN JUAN, PR 00918-3840
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
2894943      AMERICAN EXPRESS,    PO BOX 981537,    EL PASO TX 79998-1537
2922884      ATT MOBILITY,    PO BOX 15067,    SAN JUAN PR 00902-8567
2894948      BANCO DE SANTANDER,    PO BOX 2589,    SAN JUAN PR 00936-2589
2894940      BANK OF AMERICA,    PO BOX 15019,    WILMINGTON DE 19886-5019
2894944     +CITI FINANCIAL,    14415 S 50TH STREET,    PHOENIX AZ 85044-6466
2894954      CLARO,    METRO OFFICE PARK 2ND FLR,    GUAYNABO PR 00966
2894947      FIA CARD SERVICES,    4060 OGLETOWN STANTON RD,    NEWARK DE 19713-3102
2894942     +FIRST BANK AUTO,    876 MUNOZ RIVERA AVE,    SAN JUAN PR 00927-4307
2922883     +GDB,    PO BOX 42001,    SAN JUAN PR 00940-2201
2894950      MACYS,    9111 DUKE BLVD,    MASON OH 45040-8999
2922885      NEWPORT NEWS,    PO BOX 659705,    SAN ANTONIO TX 78265-9705
2894945      PENTAGON FEDERAL,    PO BOX 1432,    ALEXANDRIA VA 22313-1432
2894946      SALLIE MAE LSCF,    1002 ARTHUR DR,    LYNN HAVEN FL 32444-1683
2894941      SEARS CREDIT CARDS,    133200 SMITH RD,    CLEVELAND OH 44130
2922882      TRS RECOVERY,    DEPARTMENT PO BOX 4857,    HOUSTON TX 77210
2894952      WFNNB,    PO BOX 659705,    COLUMBUS OH 43218-9705

The following entities were noticed by electronic transmission on May 21, 2010.
2902638      E-mail/Text: maria.benabe@firstbankpr.com                           FIRST BANK,
              BANKRUPTCY DIVISION,    PO BOX 9146,    SAN JUAN PR 00908-0146
2894953      E-mail/PDF: gecsedi@recoverycorp.com May 21 2010 19:10:41      GEMB,   PO BOX 981400,
              EL PASO TX 79998-1400
2894949      E-mail/PDF: gecsedi@recoverycorp.com May 21 2010 19:10:40      GEMB,   PO BOX 981064,
              EL PASO TX 79998-1064
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2894939      RODRIGUEZ-TORRES, VICKY
2894951*     MACYS,    9111 DUKE BLVD,    MASON OH 45040-8999
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**          **Signature:** *Joseph Speetjens*