UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | Bankruptcy No.: 09-10864-BKT |
|---|---|
| VICKY RODRÍGUEZ TORRES | Chapter 7 |
| Debtor | |

## MOTION FOR LEAVE TO SUBMIT DOCUMENTS
## IN THE SPANISH LANGUAGE

TO THE HONORABLE BRIAN K. TESTER,
U.S. BANKRUPTCY JUDGE:

COMES NOW the Government Development Bank of Puerto Rico ("GDB"), through the undersigned counsel, and respectfully submit this Motion for Leave to Submit Documents in the Spanish Language (the "Motion"), as follows:

1.      On June 21, 2010, GDB filed an *Objection to the Chapter 7 Trustee's Report of no Distribution (Docket Nos. 39 & 41)* (the "Objection").  Docket nos. 48 & 52.[1]

2.      As stated in the paragraph 14 of the Objection, "[o]n November, 23, 2009, Debtor appealed the termination decision to the GDB's Board of Directors.  Said appeal is in process before an official examiner under L.P.A.U. Rules, Puerto Rico's Act. No. 170 of August 12, 1988, P.R. Laws Ann. tit. 3, § 2101 *et seq*. *See* **Exhibit B.**  A formal charge ("Querella") was filed on February 10, 2010.  *See* **Exhibit C."**

3.      The documents identified as Exhibits A and C are in the Spanish language.

4.      GDB requests leave of this Court to submit the documents in Spanish in view that both parties have personal knowledge of what's stated in the referred exhibits, since the Debtor was a party to said proceedings.

5.      If this Court so requests, or if any party in interest requests, the GDB shall provide a copy of the documents translated into English.  Nevertheless, to hasten consideration of the GDB's Objection and diminish the costs associated with the same, the GDB request leave of

---

[1] The Debtor re-filed the Objection with its exhibits earlier today on this same date because it had

this Court to submit the documents above-mentioned in Spanish.

WHEREFORE, the Government Development Bank of Puerto Rico respectfully request this Court, for cause, leave to submit the above-mentioned documents in Spanish, and for any other relief that this Court deems just.

RESPECTFULLY SUBMITTED.

In Orlando, Florida, this 22nd day of June, 2010.

/s/ Sonia E. Colón
SONIA E. COLÓN
USDC No. 213809
SONIA COLÓN LAW OFFICES, P.A.
P.O. Box 621597
Orlando, Florida  32862-1597
Telephone:  407-574-8272
Facsimile:  888-537-4536
E-mail: Sonia@soniacolonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants.

/s/ Sonia E. Colón

---

inadvertently filed Exhibit C appear sideways.