| | |
|---|---|
| **From:** | William E. Melendez - Attorney at Law |
| **To:** | "michelle@lugomender.com" |
| **Subject:** | 09-bk-10864-7- Rodriguez-Torres |
| **Date:** | Wednesday, February 10, 2010 12:08:00 PM |
| **Attachments:** | gov.uscourts.prd.76670.1.0.pdf |

Complaint for the second case filed by Debtor in the USDC-PR.

W-.