IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**VICKY RODRIGUEZ TORRS**<br><br>DEBTOR(S) | CASE NO. 09-10864 (BKT)<br><br>CHAPTER 7<br>NO- ASSET CASE |

NOTICE FOR ABANDONMENT OF PROPERTY
(SCHEDULED CAUSES OF ACTION)

TO THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon estate property as detailed below:

   a) Case before U.S. District Court of Puerto Rico docketed as Vicky Rodriguez Torres et al v. Government Development Bank Puerto Rico, Guillermo Camba Casas Civil No. 09-1151 JP, currently under Appeal before the U.S. Circuit Court of Appeal for the First Circuit 10-1441. This case was not listed in debtor's schedules but the trustee has become aware of the prosecution of this case.

   b) Case before U.S. District Court of Puerto Rico docketed as Vicky Rodriguez Torres et al v. Government Development Bank Puerto Rico, Guillermo Camba Casas Civil No. 09-2199 FAB.

2. Upon review of the matters, debtor's endeavors towards the prosecution of these cases and the lack of a meaningful settlement proposal that could result in a benefit to creditors and the estate in prosecuting these cases, the trustee abandons these two causes of action.

3. In summary, after due consideration of the limited evidence made available to the trustee by the debtor and the lack of a beneficial settlement proposal from the part of the defendants

Case:09-10864-BKT7   Doc#:99   Filed:09/15/10   Entered:09/15/10 17:13:15   Desc: Main
Document   Page 2 of 4

NOTICE OF ABANDONMENT OF PROPERTY
VICKY RODRIGUEZ TORRES
CASE #09-10864 (BKT)
PAGE #2

hinders any feasible proposal to put and end to this disgruntled litigation. Litigation expenses combined with the advanced stage of ongoing litigation leading to the dismissal of the causes of action erode any possibilities for the estate to continue working in these cases.

4. Moreover, debtor has failed to disclose in the schedules relevant information as to all potential causes of action against GDB. Absent adequate information from the part of the debtor, there is no much to administer by the undersigned trustee.

## NOTICE TO PARTIES IN INTEREST

Parties shall take notice that any objection to this abandonment must be filed, in writing, within fourteen (14) days from the date of this notice, with the Clerk of the U.S. Bankruptcy Court, with copy to the undersigned.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I HEREBY CERTIFY, that on this same day, copy of this motion has been mailed by First Class Mail to: U.S. Trustee Office, debtor and debtor's attorney, all at their address of record and to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 15th of September of 2010.

*S/ Wigberto Lugo Mender* .
**WIGBERTO LUGO MENDER**
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
Rd #165 Torre 1 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

```
Label Matrix for local noticing      GOVERNMENT DEVELOPMENT BANK         US TRUSTEE
0104-3                                c/o SONIA COLN LAW OFFICES, P.A.    EDIFICIO OCHOA
Case 09-10864-BKT7                    P.O. Box 621597                     500 TANCA STREET SUITE 301
District of Puerto Rico               Orlando, Fl 32862-1597              SAN JUAN, PR 00901-1938
Old San Juan
Wed Sep 15 17:11:06 AST 2010

US Bankruptcy Court District of P.R.  AMERICAN EXPRESS                    ATT MOBILITY
U.S. Post Office and Courthouse Building  PO BOX 981537                   PO BOX 15067
300 Recinto Sur Street, Room 109      EL PASO TX 79998-1537               SAN JUAN PR 00902-8567
San Juan, PR 00901-1964


BANCO DE SANTANDER                    BANK OF AMERICA                     CITI FINANCIAL
PO BOX 2589                           PO BOX 15019                        14415 S 50TH STREET
SAN JUAN PR 00936-2589                WILMINGTON DE 19886-5019            PHOENIX AZ 85044-6466


CLARO                                 FIA CARD SERVICES                   FIRST BANK
METRO OFFICE PARK 2ND FLR             4060 OGLETOWN STANTON RD            BANKRUPTCY DIVISION
GUAYNABO PR 00966                     NEWARK DE 19713-3102                PO BOX 9146
                                                                          SAN JUAN PR 00908-0146


FIRST BANK AUTO                       GDB                                 GEMB
876 MUNOZ RIVERA AVE                  PO BOX 42001                        PO BOX 981064
SAN JUAN PR 00927-4307                SAN JUAN PR 00940-2201              EL PASO TX 79998-1064


GEMB                                  MACYS                               NEWPORT NEWS
PO BOX 981400                         9111 DUKE BLVD                      PO BOX 659705
EL PASO TX 79998-1400                 MASON OH 45040-8999                 SAN ANTONIO TX 78265-9705


PENTAGON FEDERAL                      SALLIE MAE LSCF                     SEARS CREDIT CARDS
PO BOX 1432                           1002 ARTHUR DR                      133200 SMITH RD
ALEXANDRIA VA 22313-1432              LYNN HAVEN FL 32444-1683            CLEVELAND OH 44130


SONIA COLN LAW OFFICES, P.A.          TRS RECOVERY                        WFNNB
Government Development Bank           DEPARTMENT PO BOX 4857              PO BOX 659705
PO Box 621597                         HOUSTON TX 77210                    COLUMBUS OH 43218-9705
Orlando Florida 32862-1597


MONSITA LECAROZ ARRIBAS               VICKY RODRIGUEZ TORRES              WIGBERTO LUGO MENDER
OFFICE OF THE US TRUSTEE (UST)        650 SERGIO CUEVAS APT 1911          LUGO MENDER & CO
OCHOA BUILDING                        SAN JUAN, PR 00918-3840             CENTRO INTERNACIONAL DE MERCADEO
500 TANCA STREET  SUITE 301                                               CARR 165 TORRE 1 SUITE 501
SAN JUAN, PR 00901-1938                                                   GUAYNABO, PR 00968


WILLIAM MELENDEZ
410 Park Avenue 15th Floor # 1223
New York, NY 10022-4407
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GOVERNMENT DEVELOPMENT BANK          (u)RODRIGUEZ-TORRES, VICKY              (u)Enid Lopez-Lopez




(u)Guillermo Camba-Casas                (u)Mariela Rexach-Rexach                End of Label Matrix
                                                                                Mailable recipients    27
                                                                                Bypassed recipients     5
                                                                                Total                  32
```