IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VICKY RODRIGUEZ TORRES<br><br><br><br><br>XXX-XX-6682<br><br><br><br><br>Debtor(s) | CASE NO. 09-10864 BKT<br><br>Chapter 7<br><br><br><br><br><br>FILED & ENTERED ON 11/10/2010 |

ORDER

As per the trustee's response filed on 10/25/2010 [Dkt. No. 114], the motion to compel trustee to bring suit as real party in interest filed on 7/20/2010 [Dkt. No. 62] is DENIED.

IT IS SO ORDERED.

San Juan, this 10 day of November, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    WILLIAM MELENDEZ
    WIGBERTO LUGO MENDER