# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

VICKY RODRIGUEZ TORRES

XXX-XX-6682

Debtor(s)

CASE NO. 09-10864 BKT

Chapter 7

FILED & ENTERED ON 11/10/2010

## ORDER

As per the trustee's response filed on 10/25/2010 [Dkt. No. 114], the motion to compel trustee to bring suit as real party in interest filed on 7/20/2010 [Dkt. No. 62] is DENIED.

IT IS SO ORDERED.

San Juan, this 10 day of November, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: lopezm              Page 1 of 1              Date Rcvd: Nov 10, 2010
Case: 09-10864                Form ID: pdf002           Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 12, 2010.
```
db           +VICKY RODRIGUEZ TORRES,    650 SERGIO CUEVAS APT 1911,    SAN JUAN, PR 00918-3840
aty           RAFAEL OLIVIERI GEIGEL,    AVE HOSTOS 430 ALTOS,    HATO REY, PR   00918
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**                       Signature:        _Joseph Speetjens_